Ramin R. Younessi (SBN 175020)
E-mail: ryounessi@younessilaw.com
Samantha L. Ortiz, Esq. (SBN 312503)
E-mail: sortiz@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff
Gustavo Mendoza

Christian Keeney CA Bar No. 269533
christian.keeney@ogletree.com
Alis M. Moon CA Bar No. 293897
alis.moon@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorney for Defendant
Central Transport LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MENDOZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL TRANSPORT LLC, an Indiana limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00922-RGK-RAO<br><br>*District Judge: Hon. R. Gary Klausner*<br>*Magistrate Judge: Hon. Rozella A. Oliver*<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>State Complaint filed: December 6, 2018 |

# [PROPOSED] ORDER

For good cause shown and based upon the stipulation of the Parties to this action, IT IS HEREBY ORDERED Plaintiff's entire complaint against Defendant including all causes of action as alleged therein is hereby dismissed with prejudice; and All parties shall bear their own attorney's fees and costs.

DATED: February 7, 2020

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL** was on February 3, 2020, served upon all counsel of record electronically by the Court's Case Management System:

| | |
|---|---|
| Christian J Keeney, Esq.<br>Alis M. Moon, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.,<br>695 Town Center Drive, Suite 1500<br>Costa Mesa, CA 92626 | *Attorneys for Defendant*<br>*CENTRAL*<br>*TRANSPORT, LLC.* |

☒ BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on February 3, 2020, at Los Angeles, California.

By: /s/ Christian Ortiz